

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-20-00722-CV

Trial Court Cause
Number:     2018-05250J

Style:     In the Interest of A.F. aka A.N.F.

    **v** Department of Family and Protective Services

Date motion filed*:     January 8, 2021

Type of motion:     Second unopposed motion to extend time to file opening brief

Party filing motion:     Appellant

Document to be filed:     Appellant's brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

     Original due date:     January 7, 2021

     Number of previous extensions granted:     One

     Date Requested:     January 21, 2021

Ordered that motion is:

    ☒   Granted

       If document is to be filed, **document due: February 3, 2021**

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Peter Kelly
       ☒ Acting individually     ☐ Acting for the Court

Date: January 27, 2021